IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENNIS DEAN COOPER,

Plaintiff,

v. CASE NO. 4:05-cv-00216-MP-AK

CHARLES V CRIST,
STATE OF FLORIDA,

Defendants.
_____________________________/

**O R D E R**

This matter is before the Court on Doc. 49, Second Report and Recommendation of the Magistrate Judge, recommending that summary judgment be entered in favor of defendants. The Plaintiff has filed objections which the Court has reviewed. Doc. 51. Plaintiff brings this cause pursuant to 42 U.S.C. §1983 alleging that he was not allowed to present expert testimony at his criminal trial as to his diminished mental capacity. (Doc. 1). Plaintiff claims that the State of Florida allows the use of this defense in relation to other types of crimes and this discriminatory application violates the Constitution. The Court agrees with the Magistrate Judge that this claim has been expressly rejected by the United States Supreme Court in Clark v. Arizona, 548 U.S.

735 (2006) (reviewing Arizona diminished capacity statute). Additionally, the claim is not timely and is subject to res judicata and the Rooker-Feldman doctrine. Accordingly it is hereby,

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Summary judgment is granted in favor of the defendants, and the Clerk is directed to close this file.

**DONE AND ORDERED** this *11th* day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge